**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 23, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

STONEX GROUP INC. and STONEX FINANCIAL INC.,

                    Plaintiffs,

-against-

HOWARD SHIPMAN,

                    Defendant.

-----------------------------------------------------------------

mc. Case 1:23-mc-00016-ALC

**FILED UNDER SEAL**

**ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO PARTIALLY FILE UNDER SEAL**

Upon consideration of the application of Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc. ("StoneX") for leave to file Exhibits A-P to its Declaration of Lloyd B. Chinn partially under seal, it is hereby

ORDERED that StoneX's motion is GRANTED.

Dated: Jan. 23, 2023

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE